Commonwealth v. Moore, Appellant.

Submitted September 17, 1974. *Neil Carver*, and *Carver and Steinberg*, for appellant; *Mark Sendrow* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Parmertor, Appellant.

Submitted November 11, 1974. *Stephen H. Hutzelman*, and *Plate, Doyle, Kroto and Hutzelman*, for appellant; *Michael J. Veshecco*, Second Assistant District Attorney, and *R. Gordon Kennedy*, District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth v. Riddick, Appellant.

Submitted September 17, 1974. *John E. Roberts*, Assistant Public Defender, for appellant; *Richard J. Makoul*, Assistant District Attorney, and *George J. Joseph*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.